Elayna J. Youchah, Bar Number 5837
youchahe@jacksonlewis.com
Paul T. Trimmer, Bar Number 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Attorneys for Defendant
*Surgical Care Affiliates, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MONTGOMERY,<br><br>         Plaintiff,<br><br>    v.<br><br>SURGICAL CARE AFFILIATES, LLC, a Delaware Limited Liability Company; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>         Defendants. | Case No.: 2:10-cv-1259-LDG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Robert Montgomery, and Defendant, Surgical Care Affiliates, LLC, by and through their respective counsel, hereby stipulate that Plaintiff's Complaint in the above-captioned matter and this action is dismissed with prejudice.

Each party shall bear his or its own respective attorneys' fees and costs.

Dated: March ___, 2011

GABROY LAW OFFICES

_____
Christian Gabroy
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

Dated: March 28, 2011

JACKSON LEWIS LLP

_____
Elayna J. Youchah
Paul T. Trimmer
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Attorneys for Defendant

IT IS SO ORDERED.

_____
U.S. District Court Judge

Dated: 29 MAR 2011